Fleming agt. Cherry.

## JUSTICES' COURT.

THOMAS FLEMING, landlord agt. A. B. CHERRY, tenant, and JANE SAYERS, sub-tenant.

*New York District Court, Third District.*

*Hon.* WILLIAM E. SMITH, JR., *Justice.*

THIS was a summary proceeding under the statute before the justice and a jury, to remove the tenant and sub-tenant for holding over after the expiration of the term. Jane Sayers, the sub-tenant, occupied the premises which are located at No. 9 Carmine street, as a hardware and stove store, under a lease from the tenant, which expired the 1st day of May, and she put in a counter affidavit setting forth, that she retained possession of the premises under and by virtue of a lease from Thomas Fleming, the landlord, for one year, from the 1st day of May, 1866, at the rent of $1,000 per annum. It appearing upon the trial that the lease was not in writing, the Court refused to admit evidence to prove such agreement, holding that since the act of congress directing that a revenue stamp should be affixed to leases and contracts, all verbal leases and contracts were necessarily void, and directed the jury to find a verdict in favor of the landlord.

Mr. PRENTICE, *for landlord.*

CULVER, CARPENTER & DE CAMP, *for tenant.*

---

### ERRATA.

*In the matter of Adrian Janes,* 30 *How. Pr. Rep.,* 446, page 449, the word "an" is left out in line seven from top of the page, between the words "of" and "affidavit." Page 449, in line three from the bottom of the page, the word "the," before person, should have been "said." Page 450, in line seventeen from the top of the page, the word "found" should have been "founded." Page 453, line fourteen from the bottom, the word "require" should have been "obtain." Page 452, line twelve from top, the words "Ch. Pr." should have been "Cr. Tr.," Page 454, line four from the bottom, the word "provisions" should have been "provision."

We hope that hereafter, under our new arrangements for printing, such errors as the above, or any material errors in this work will be avoided.          REP.